**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-114 CV**
_____

**Valeri S. Varnado, Administratrix of the Estate of Vernon Vernado, Appellant**

**VS.**

**R & D Marble, Inc., Randall Chelette and James Trahan, Appellees**

_____

**Appealed from the County Court at Law No. 4
of Montgomery County, Texas
Cause No. 10-08-08378 CV**
_____

**O R D E R**

The court reporter for the County Court at Law No. 4 of Montgomery County, Texas is to forward the following exhibits to the Clerk of this Court on or before September 23, 2013:

        Plaintiff's Exhibit 21 – Account for Final Settlement
        Plaintiff's Exhibit 22 – Inventory & list of claims
        Plaintiff's Exhibit 23 – Check to R & D Marble from Southern Mfg. Co. #18824
                          Invoice from R & D Marble to Southern Mfg. 12-13-07
        Plaintiff's Exhibit 24 - Check to R & D Marble from Southern Mfg. Co. #18704
                          Invoice from R & D Marble to Southern Mfg. 10-2507
        Plaintiff's Exhibit 25 – Application to operate business/Probate Court
        Plaintiff's Exhibit 26 – Order/Probate Court Order to operate business

Entered this 17th day of September, 2013.

                                  PER CURIAM